# *EXHIBIT A*



Renewal - Correspondent ⌄  renewal for *Mortgage Solutions FCS Inc.*
ramon@mtdiablolending.com ⌄  (reset password) (Contact/Name Revision)

Registered by: *ramon@mtdiablolending.com* on *11/15/2022 2:58:19 PM* and last updated: *11/17/2022 12:41:04 PM*. E.S.A. acknowledged by: *Ramon Walker* on

Assigned to AE: *AE House Account*

COMPLETE    RENEWAL COMPLETE/APPROVED ⌄