# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>MORTGAGE SOLUTIONS FCS, INC. and RAMON WALKER,<br><br>         Defendants. | Case No. 2:24-cv-10376<br>Hon. Brandy R. McMillion |

## STIPULATION TO DISMISS ACTION

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that this action shall be dismissed with prejudice and without the award of costs or fees to any party.

Dated: January 16, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Mahde Y. Abdallah*<br>Moheeb H. Murray (P63893)<br>Mahde Y. Abdallah (P80121)<br>**BUSH SEYFERTH PLLC**<br>100 West Big Beaver Road, Suite 400<br>Troy, MI 48084<br>T/F: (248) 822-7800<br>murray@bsplaw.com<br>abdallah@bsplaw.com<br>*Attorneys for Plaintiff* | */s/ Jason R. Hirsch (w/consent)*<br>Jeffrey B. Morganroth (P41670)<br>Jason R. Hirsch (P58034)<br>**MORGANROTH & MORGANROTH, PLLC**<br>344 N. Old Woodward Ave., Suite 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>jmorganroth@morganrothlaw.com<br>jhirsch@morganrothlaw.com<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:24-cv-10376 |
| | Hon. Brandy R. McMillion |
| Plaintiff, | |
| v. | |
| MORTGAGE SOLUTIONS FCS, INC. and RAMON WALKER, | |
| Defendants. | |

## ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without the award of costs or fees to any party.

**IT IS SO ORDERED.**

Dated: January 16, 2026                    s/Brandy R. McMillion
                                           Hon. Brandy R. McMillion
                                           United States District Judge